

August 24, 2017

Molly Dwyer     <u>VIA CM/ECF</u>
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, California 94119

      Re:    **Counsel's Unavailability for Oral Argument in Dec. 2017**
                *Soltysik v. Padilla* **No. 16-55758**

Dear Ms. Dwyer:

      I am counsel of record for appellee, Californians to Defend the Open Primary, in the above-captioned appeal, and I expect to be the one present argument on CADOP's behalf in this appeal.

      Pursuant to your notice dated August 23, that this appeal is being considered for oral argument in December of 2017, I write to notify you that I am unavailable at that time. I am also counsel of record for a case presently scheduled for a two-week trial during the period from December 5-19 in the Eastern District of California, *Luna v. County of Kern*, No. 1:16-cv-00568-DAD-JLT (E.D. Cal.).

                                          Sincerely,

                                          Christopher E. Skinnell

[CES8034.09]

**SAN FRANCISCO BAY AREA**     SACRAMENTO
2350 KERNER BLVD, SUITE 250     1415 L STREET, SUITE 1200
SAN RAFAEL, CA 94901     SACRAMENTO, CA 95814
T 415.389.6800   F 415.388.6874     T 916.446.6752   F 916.446.6106     NMGOVLAW.COM