300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144
———
TEL: (213) 687-5000

DIRECT DIAL
(213) 687-5272
DIRECT FAX
(213) 621-5272
EMAIL ADDRESS
KEVIN.MINNICK@PROBONOLAW.COM

August 28, 2017

Molly Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, California 94119

      RE:    **Counsel's Unavailability for Oral Argument in Dec. 2017**
                *Soltysik v. Padilla* **No. 16-55758**

Dear Ms. Dwyer:

    I am counsel of record for appellant Emidio Soltysik in the above-captioned appeal, and I expect to be the one to present argument on Mr. Soltysik's behalf in his appeal.

    Pursuant to your notice dated August 23, that this appeal is being considered for oral argument in December of 2017, I write to notify you that I am unavailable at that time due to previously scheduled international travel.

    Thank you very much for your consideration.

                                                            Best regards,

                                                            */s/ Kevin J. Minnick*

                                                            Kevin J. Minnick

9th Circuit Case Number(s) | 16-5578

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) August 28, 2017 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | /s/ Kevin J. Minnick

*********************************************************************

## CERTIFICATE OF SERVICE
When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)